# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE C. CADE, | No. 4:18-CV-02086 |
| Plaintiff, | (Judge Brann) |
| v. | |
| NORTHUMBERLAND COUNTY PROBATION DEPARTMENT, | |
| Defendant. | |

## ORDER

**AND NOW**, this 20th day of March 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Dismiss for Plaintiff's Failure to Prosecute (ECF No. 24) is **GRANTED**.

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED** with prejudice.

3. Defendant's Motion to Compel Discovery from Plaintiff Andre C. Cade pursuant to F.R.C.P. 37 (ECF No. 23) is **DENIED** as moot.

4. Defendant's Motion to Compel Discovery from Plaintiff Andre C. Cade pursuant to F.R.C.P. 37 and Motion for Extension of Time to Complete Discovery (ECF No. 28) is **DENIED** as moot.

5. The Clerk of Court is directed to close the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge